# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D23-3317
LT Case No. 2021-DP-000264

———————————————

B.H., MOTHER OF J.E.,
A CHILD,

    Appellant,

    v.

DEPARTMENT OF CHILDREN
AND FAMILIES,

    Appellee.

———————————————

On appeal from the Circuit Court for Seminole County.
Melissa D. Souto, Judge.

Heather Morcroft, Winter Park, for Appellant.

Kelley Schaeffer, of Children's Legal Services, Bradenton, for
Appellee.

Sara Elizabeth Goldfarb, Statewide Director of Appeals, and
Blake Lynne Bruce, Senior Attorney, of Statewide Guardian ad
Litem Office, Tallahassee, for Guardian ad Litem o/b/o J.E.

April 11, 2024

PER CURIAM.

    AFFIRMED.

WALLIS, JAY, and SOUD, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____